IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LEE GROSSE,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPUTY RODY ROSE,<br><br>  Defendant. | No. C 14-0703 WHA (PR)<br><br>**ORDER AMENDING ORDER OF DISMISSAL** |

The Order of Dismissal dated April 1, 2014, is hereby **AMENDED** as follows: the phrase "and no fee is due," appearing at the end of the first paragraph of the order, is deleted.

**IT IS SO ORDERED.**

Dated: April __7__, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE